**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

United States of America

PLAINTIFF(S)

v.

Laura Janke

DEFENDANT(S).

CASE NUMBER

19MJ00982

**AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: United States of America
in the _____ District of Massachusetts on 3/5/2019
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 U.S.C., Section(s) 1962(d)
to wit: Conspiracy to commit racketeering

A warrant for defendant's arrest was issued by: _____

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 3/12/19, by _____ Deputy Clerk.

Signature of Agent

Andrew Roosa
Print Name of Agent

FBI
Agency

Special Agent
Title

CR-52 (05/98)          AFFIDAVIT RE OUT-OF-DISTRICT WARRANT