# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF | 19 MJ00982 |
| V. | |
| Laura Janke | REPORT COMMENCING CRIMINAL ACTION |
| USMS= | |
| DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: **06:08   3/12/2019**   ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   **18 USC 1962(d) Conspiracy to commit racketeering**

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: **1982**

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: **Devin Thomkins**

10. Remarks (if any): _____

11. Name: **Andrew Roosa** (please print)

12. Office Phone Number: **310-486-9474**   13. Agency: **FBI**

14. Signature: _[signed]_   15. Date: **3/12/2019**

FILED 2019 MAR 12 AM 8:10 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES